

**Sheriff Tommie Johnson III**

2101 NE 36th STREET
Oklahoma City, OK 73111

# SHERIFF'S RETURN

STATE OF OKLAHOMA   CIVIL CASE NUMBER: CJ-2021-59

}

OKLAHOMA COUNTY

FILED IN DISTRICT COURT
OKLAHOMA COUNTY
MAR 23 2021
RICK WARREN
COURT CLERK
42_____

Received:

Affidavit_____ Citation_____ Complaint_____ Execution_____ Motion_____ Decree_____

Notice____ Order_____ Petition ✓ Summons ✓ Subpoena_____ Waiver____ Judgement____

Writ_____ Replevin_____ Child Pick up Order_____ Entry & Waiver_____ Declaration_____

Garnishment_____ Injunction_____ Exit Order_____ OTHER: _____

Types of Service:

Personal Service_____ Residential_____ Corp Service ✓ No Service_____ Recalled_____

Seized Property_____ Detained Person_____ Posted_____ Executed_____ Bad Address_____

I received this Writ this _18th_ day of _March_, 2021 at this time _3:58pm_ and executed the same on the _22nd_ day of _March_, 2021 at this time _10:30 AM_ by serving: _Rachel Bratcher on behalf of The City of Oklahoma City._

Address: _200 N. Walker_
_OKC OK 73102_

TOMMIE JOHNSON III, SHERIFF
Sheriff Fee's $50.00

Subscribed and Sworn to, before me this
_____ Day of _____, 2021
My Commission expires: _____

By: _____
DEPUTY TOM LY #125

_____
NOTARY PUBLIC, STATE OF OKLAHOMA

EXHIBIT 6

IN THE DISTRICT COURT OF OKLAHOMA COUNTY
STATE OF OKLAHOMA

.125
Sheriff Fee
Paid

Natrun Glover
Plaintiff,

v.

Case No. CJ-2021-59

The City of Oklahoma City
Defendant.

200 N. Walker
Okla City, Okla 73102

To the above-named Defendant:

## SUMMONS

You have been sued by the above-named plaintiff, and you are directed to file a written answer to the attached petition in the court at the above address within twenty (20) days after service of this summons upon you, exclusive of the day of service. Within the same time, a copy of your answer must be delivered or mailed to the attorney for the plaintiff.

Unless you answer the petition within the time stated, judgment will be rendered against you with costs of the action.

Issued this __18__ day of __March__, 20__21__.

(Seal)

RICK WARREN, COURT CLERK

By _____
Deputy Court Clerk

Attorney(s) for Plaintiff(s):
Name  Natrun Glover
Address  2812 S. Portland
         Okla City, Okla 73108

Telephone Number  405 312-3411

## RETURN OF SERVICE

This summons was served on _____
                              (date of service)

_____
Signature of person serving summons

YOU MAY SEEK THE ADVICE OF AN ATTORNEY ON ANY MATTER CONNECTED WITH THIS SUIT OR YOUR ANSWER. SUCH ATTORNEY SHOULD BE CONSULTED IMMEDIATELY SO THAT AN ANSWER MAY BE FILED WITHIN THE TIME LIMIT STATED IN THE SUMMONS.