


FILED IN DISTRICT COURT
OKLAHOMA COUNTY

MAR 23 2021

\_\_CK WARREN
COURT CLERK
42_____

2101 NE 36th STREET
Oklahoma City, OK 73111

**Sheriff Tommie Johnson III**

# SHERIFF'S RETURN

STATE OF OKLAHOMA  }  CIVIL CASE NUMBER: _CJ-2021-59_

OKLAHOMA COUNTY

Received:

Affidavit \_\_\_\_\_ Citation \_\_\_\_\_ Complaint \_\_\_\_\_ Execution \_\_\_\_\_ Motion \_\_\_\_\_ Decree \_\_\_\_\_

Notice \_\_\_\_ Order \_\_\_\_ Petition ✓ Summons ✓ Subpoena \_\_\_\_ Waiver \_\_\_\_ Judgement \_\_\_\_

Writ \_\_\_\_ Replevin \_\_\_\_ Child Pick up Order \_\_\_\_ Entry & Waiver \_\_\_\_ Declaration \_\_\_\_

Garnishment \_\_\_\_ Injunction \_\_\_\_ Exit Order \_\_\_\_ OTHER: _____

Types of Service:

Personal Service \_\_\_\_ Residential \_\_\_\_ Corp Service ✓ No Service \_\_\_\_ Recalled \_\_\_\_

Seized Property \_\_\_\_ Detained Person \_\_\_\_ Posted \_\_\_\_ Executed \_\_\_\_ Bad Address \_\_\_\_

I received this Writ this _18th_ day of _March_, 2021 at this time _3:58pm_ and executed the same on the _22nd_ day of _March_, 2021 at this time _10:20AM_ by serving: _Sgt. Lyndee Lair #1813 on behalf of Detective Matthew Guy._

Address: _700 Couch Dr._
_OKC OK 73102_

TOMMIE JOHNSON III, SHERIFF
Sheriff Fee's $50.00

Subscribed and Sworn to, before me this
_____ Day of _____, 2021
My Commission expires: _____

By: _____
DEPUTY TOM LY #125

_____
NOTARY PUBLIC, STATE OF OKLAHOMA

EXHIBIT 7

IN THE DISTRICT COURT OF OKLAHOMA COUNTY
STATE OF OKLAHOMA

Nathan Glover )
　　　　Plaintiff, )
 )
　　　v. ) Case No. CJ-2021-59
 )
Det. Matthew Guy )
400 Couch Dr. Defendant. )
Okla City, Okla 73102

## SUMMONS

To the above-named Defendant:

You have been sued by the above-named plaintiff, and you are directed to file a written answer to the attached petition in the court at the above address within twenty (20) days after service of this summons upon you, exclusive of the day of service. Within the same time, a copy of your answer must be delivered or mailed to the attorney for the plaintiff.

Unless you answer the petition within the time stated, judgment will be rendered against you with costs of the action.

Issued this __18__ day of __March__, 20_21_.

(Seal)

RICK WARREN, COURT CLERK

By _____
　　Deputy Court Clerk

Attorney(s) for Plaintiff(s):

Name  Nathan Glover
Address  2812 S. Portland
　　　　 Okla City, Okla 73108

Telephone Number  405-312-3411

## RETURN OF SERVICE

This summons was served on _____
　　　　　　　　　　　　　　　　　(date of service)

_____
Signature of person serving summons

YOU MAY SEEK THE ADVICE OF AN ATTORNEY ON ANY MATTER CONNECTED WITH THIS SUIT OR YOUR ANSWER. SUCH ATTORNEY SHOULD BE CONSULTED IMMEDIATELY SO THAT AN ANSWER MAY BE FILED WITHIN THE TIME LIMIT STATED IN THE SUMMONS.